AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

CHRISTOPHER FARON CARSWELL,

Plaintiff,

v.

ANDREW M. SAUL, Commissioner of Social Security Administration,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV119-129

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on 8/20/20, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court, AFFIRMS the Commissioner's final decision, and Judgment is hereby entered in favor of the Commissioner. This case stands CLOSED.

8/20/2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

*Candy Asbell*
*(By) Deputy Clerk*

GAS Rev 10/1/03